IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CRAIG BOSTON, | |
| --- | --- |
| *Plaintiff*, | CIVIL ACTION |
| v. | No. 17-5124 |
| PRIME CARE MEDICAL, INC., *et al.*, | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 18th day of June, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 14), and Plaintiff's Reply (ECF No. 15), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff must file an amended complaint on or before **July 16, 2018** or the case may be dismissed.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.